**24 CV 1244**

Revised 03/06 WDNY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**



FILED

DEC 1 8 2024

MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

### FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT
#### (Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**.  See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.**    **Full Name of Plaintiff: NOTE**: *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

Bryon Biggs

-vs-

**B.**    **Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.*  Add a separate sheet, if necessary.

1. Charter Communications            4. _____
2. ( Spectrum     )                  5. _____
3. _____               6. _____

## 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections **MUST** be answered*

*Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.*

A. Basis of Jurisdiction in Federal Court:   Defamation of Character

*State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.*

B. Reason for Venue in the Western District:   Plantiff & Company (Defendant) reside In Western New York

*Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.*

C. Nature of Suit:   Defamation of Character

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION  NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: Boyon Biggs

Present Address: 87 Swinburne Apt 317
Buffalo NY 14212

Name of Second Plaintiff:

Present Address:

**DEFENDANT'S INFORMATION  NOTE:** *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: Charter Communications (Spectrum)

Official Position of Defendant (if relevant):

Address of Defendant: Apple tree Buisiness Park
Chrektawaga NY,

Name of Second Defendant:

Official Position of Defendant (if relevant):

Address of Defendant:

Name of Third Defendant:

Official Position of Defendant (if relevant):

Address of Defendant:

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.    Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**
Yes ☐    No ☒

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.    Name(s) of the parties to this other lawsuit:

Plaintiff(s):

2

Defendant(s):_____

_____

2.    Court (if federal court, name the district; if state court, name the county):_____

_____

3.    Docket or Index Number:_____

4.    Name of Judge to whom case was assigned:_____

5.    The approximate date the action was filed:_____

6.    What was the disposition of the case?

　　　　Is it still pending?  Yes [crossed out] No [ ]

　　　　　　If not, give the approximate date it was resolved._____

　　　　Disposition (check those statements which apply):

　　　　[ ] Dismissed (check the statement which indicates why it was dismissed):

　　　　　　[ ] By court *sua sponte* as frivolous, malicious or for failing to state a claim
　　　　　　upon which relief can be granted;
　　　　　　[ ] By court for failure to prosecute, pay filing fee or otherwise respond to a
　　　　　　court order;
　　　　　　[ ] By court due to your voluntary withdrawal of claim;

　　　　[ ] Judgment upon motion or after trial entered for

　　　　　　[ ] plaintiff
　　　　　　[ ] defendant.

## 5.  STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action.  You **must** include a statement of the facts which you believe support each of your claims.  In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief."  "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted.  Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial."  Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

**A.  FIRST CLAIM:**  On (*date of the incident*) ___August 14, 2023_____,

defendant (*give the **name and (if relevant) the position held** of **each defendant** involved in this incident*) _____

_____

_____

3

did the following to me (*briefly state what each defendant named above did*): The defendant told lies about me and slandered my reputation within the company to other employees in several instances. as well as threaten me. and I was physially assaulted there as well. I was mentally physially and emotionally abused and assaulted

The federal basis for this claim is: 28 USC Sec 401 (1) of the Civil Rights Act of 1964 as amended

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: I seek relief of 5,000,000 in damages as described in the Complaint

**B. SECOND CLAIM:** On (*date of the incident*) _____,

defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) _____

did the following to me (*briefly state what each defendant named above did*): _____

The federal basis for this claim is: _____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: _____

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

4

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

I Seek 5,000,000 IN Compensatory, Punitive and Actual Damages as well as Back Pay for 2 years

Do you want a **jury trial**? Yes [X] No [ ]

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on ___12/18/2024___
(date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_____

_Bryn Biggs_
Signature(s) of Plaintiff(s)

5

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK


BRYON BIGGS,

       PRO SE,    Plaintiff                        AFFIDAVIT OF

Vs.                                          BRYON  BIGGS


CHARTER COMMUNICATIONS (SPECTRUM)

              Defendant,

STATE OF NEW YORK,

COUNTY OF ERIE


I Bryon Biggs, being duly sworn deposes and says: The Factual Allegations are I'm a pro se plaintiff,

1. I am a African American ( a member of a protected class)
2. I was subject to adverse employment action(s)
3. The employer treated similarly situated employees outside of my protected class more favorably
4. I am entitled to fair and equal treatment under state and federal laws
5. This situation arose out of an employer /employee relationship
6. The Employee: Bryon Biggs
7. The employer: Charter Communications (Spectrum)
8. The Type of Business (1. supplies Cable Television, 2. Internet services. 3 .Telephone services. 4. Supplies customer service for each service mentioned above.
9. The defendant states Charter Communications (Spectrum) treat all employees equally. This is not true.
10. The adverse actions taken against me are described in this complaint.
11. The adverse actions taken against me by the employer has caused serious damage to the plaintiff. Due to the damage caused by the actions of the defendant -Physically, Physiologically, and Emotional. The plaintiff was forced to seek medical help and is now under a doctor's care for the damages. This damage has been diagnosed, and determined by a doctor. Notes from plaintiff's Doctor are attached to this complaint.

## Defamation of Character

12. Charter Communications (Spectrum)
    12a.) made false statements purporting to be fact; and made
    12b.) Publication of my work records of a call I was on with a customer. The publication said I accused the woman of cursing at me while on the phone with

me. And that I hung up on her because of it and it was the customer's fault. When In fact I asked to call the customer back because I hung up by accident after she cursed at me several times during the call as I repaired her equipment. The truth was a Spectrum employee placed over me for guidance insisted I type up this ticket and send it in for a revue by company supervisors and vice presidents, and other employees. I explained I wanted to call the customer back and that I hung up by a mistake. I explained to Charter employee (progress partner) I wanted to call her back and apologize for hanging up. Later I was told by human resources this report was sent throughout the whole company which has 100,000 employees, because the V.P. saw it, and other Supervisors saw it  I was placed on a final warning.I explained I had another customer service job simultaneously while working at spectrum, and I confused the 2 policies

12c.) **The defendant was negligent for failing to ascertain the truth of the statement or the defendant acted with reckless disregard for the truth of the statement. (cited case) Brown v. Christian . Bros. Univ.428 S.W.3d 38, 50 (Tenn. Ct. App.2013)**

12d.) stopped my ability to access company resources also stopped  college reimbursement offered  communication of that statement to a third person; 3) 12e.)The Human resource Director and supervising  Staff ignored me when I explained what happened and made up story and put in in my file to be shared with the Vice President of Spectrum  other people at other Spectrum locations This was intentional negligence;  This caused emotional damages, and harm caused to my Professional Reputation.

**Defamation of Character**

12f.) When  Trainer (Matthew Borowski) talked about me negatively  to employees behind my back and smiled in my face while training me at spectrum as mentioned in this case.

**Defamation of Character**

12g.) When  Training Manager of Bridge (John Mooney)  threatened me by imitating the action of shooting me with his fingers ( as if I will be actually shot in the future because I complained of being physically hit in the back by one of my co workers originally from my training class with Matthew Borowski as mentioned in this case.

12h. ) A report of the

A.) That as a result the defendant's actions and statements, the plaintiff became extremely nervous, upset, anxious and suffered from Physical, Psychological, Emotional distress diagnosed now with PTSD. ( I have never had this condition before in my life.

B.) The defendants actions also caused lasting embarrassment in front of co-workers, family and friends , mental anguish, Intangible damage to Character, and irreparable

damage to the plaintiff's Reputation in the Industry ( Loss of past, current, and future earnings)

C.) I charge Charter Communications (spectrum with violation of 28 USC §4101(1)

D.) The conduct of the defendant described in this complaint violated the Title VII of the Civil Rights Act of 1964 as amended

E.) I charge Charter Communications (spectrum with violation of Title VII of The Civil Rights Act of 1964 (42 U.S.C 1981)

F.) I also charge the defendant with violating the New York State Human Rights Law Based on Malicious acts of Intentional Discrimination and Reckless Indifference practiced against the Plaintiff during his employment at Charter Communications (Spectrum).

G.) Under Section 1977A of the Revised Statutes (42 U.S.C. 198a(c).

"Racial harassment in the workplace is a crucial issue, all the more pressing in the wake of the horrific, racially motivated mass shooting in Buffalo less than a year ago," said Jeffrey Burstein, regional attorney for the EEOC's New York District Office. "This lawsuit sends a clear message that racial harassment of employees will not be tolerated."

EEOC New York Acting District Director Timothy Riera added, "Every employee has a right under federal law to a workplace free of racial slurs. Employers cannot ignore this type of behavior but rather must take steps to stop it. When they fail to do so, the EEOC will step in."

(cited Case) The EEOC filed suit in U.S. District Court for the Western District of New York (EEOC v. Parris Pizza Company, LLC f/d/b/a Domino's Pizza, Civil Action No. 1:23-cv-00111) after first attempting to reach a pre-litigation settlement through its conciliation process. The EEOC seeks back pay, compensatory and punitive damages, and injunctive relief.

H.) Under EEOC guidelines the employer with 200 employees are liable for $100,000 in damages Spectrum has 100,000 employees

20. Wherefore, I respectfully request the court to grant the relief of plaintiff 5,000,000 in compensatory and punitive and actual damages.

8/29/24, 2:53 PM

# Miquela
# Diaz, Ph. D.

## Clinical Psychologist

Miquela Diaz, Ph. D.
1625 Bennett Street
3rd Floor, Room 360
Utica, NY 13502
(315)360-0537

To Whom It May Concern:

Byron K. Biggs is my patient. He began his treatment with
me on 5/9/24. Due to the crisis nature of his situation, I am
working up to 3 times per week with him. He has the mental
health diagnosis of Posttraumatic Stress Disorder, chronic,
moderate and complex. He has lost significant weight during
the past few months and he has great difficulty sleeping. Per
his report, he has had a toxic work environment and cannot
return to that situation.

If you have any questions, please feel free to call.

Sincerely,

Miquela R., Ph D.

Miquela Diaz, Ph. D.

1/1

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Bryon Biggs

**(b)** County of Residence of First Listed Plaintiff    Erie
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
Charter Communications (Spectrum)

County of Residence of First Listed Defendant    ERIE
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
24 CV 1244-S

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1   U.S. Government Plaintiff
- ☒ 3   Federal Question *(U.S. Government Not a Party)*
- ☐ 2   U.S. Government Defendant
- ☐ 4   Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*    *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Defamation    Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☒ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

### IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Defamation of Character

Brief description of cause:
Defamation of Professional Character

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 5,000,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE 12/18/24

SIGNATURE OF ATTORNEY OF RECORD
Bryon Biggs

## FOR OFFICE USE ONLY

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____